IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HMM CO. LTD., <br><br> Plaintiff, <br><br> v. <br><br> LOUIS DREYFUS CO. FREIGHT ASIA PTE. LTD., <br><br> Defendant. | IN ADMIRALTY <br><br> CASE NO.: 21-1561 MJP <br><br> ORDER GRANTING PLAINTIFF'S MOTION TO FILE CIVIL ACTION UNDER SEAL |

Upon the Motion of Plaintiff, HMM Co. Ltd., to File Civil Action Under Seal and the Court is of the opinion that the motion should be GRANTED. It is hereby:

**ORDERED** that the above referenced Civil Action shall be filed under seal, and directs that the Clerk of this Court file the Original Verified Complaint and all other pleadings and Orders filed and/or issued herein under seal, until further notice of this Court.

\\

\\

ORDER GRANTING PLAINTIFF'S
MOTION TO FILE CIVIL ACTION UNDER SEAL - 1

LAW OFFICES OF
**NICOLL BLACK & FEIG**
A PROFESSIONAL LIMITED LIABILITY COMPANY
1325 FOURTH AVENUE, SUITE 1650
SEATTLE, WASHINGTON 98101
TEL: 206-838-7555

**IT IS FURTHER ORDERED** that this Sealing Order is temporary in nature and that once property belonging to the Defendant is attached in the Western District of Washington, Plaintiff shall notify the Court and the action shall be restored to the public docket;

Dated: November 19, 2021

Marsha J. Pechman
United States Senior District Judge

**Presented by:**

NICOLL BLACK & FEIG PLLC

*/s/ Chris P. Reilly*
Chris P. Reilly, WSBA No. 25585
*Attorneys for Plaintiff*

ORDER GRANTING PLAINTIFF'S
MOTION TO FILE CIVIL ACTION UNDER SEAL - 2

LAW OFFICES OF
NICOLL BLACK & FEIG
A PROFESSIONAL LIMITED LIABILITY COMPANY
1325 FOURTH AVENUE, SUITE 1650
SEATTLE, WASHINGTON 98101
TEL: 206-838-7555