**THE HONORABLE MARSHA J. PECHMAN**

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HMM CO. LTD.,<br><br>Plaintiff,<br><br>v.<br><br>LOUIS DREYFUS CO. FREIGHT ASIA PTE. LTD.,<br><br>Defendant. | IN ADMIRALTY<br><br>CASE NO.: 21-cv-01561 MJP<br><br>**ORDER AUTHORIZING ISSUANCE OF WRIT OF ASSISTANCE TO AUTHORIZE ARRANGEMENTS TO PROTECT PROPERTY** |

Upon the motion of Plaintiff and after the review of the record and files herein, and finding that it may be necessary to further authorize and empower the United States Marshal for this District to use reasonable force and take such other action as may in its judgment be necessary to take possession of the Collateral as described in the Court's Order, and that good cause for issuance of a writ of assistance exists, it is

ORDERED that a writ of assistance issue to the United States Marshal to take such measures as may be reasonably necessary to put the Substitute Custodian appointed by the Court in possession of the Vessel and Collateral, to use reasonable force in carrying out its duties if required, and to maintain and defend its possession.



LAW OFFICES OF
NICOLL BLACK & FEIG
A PROFESSIONAL LIMITED LIABILITY COMPANY
1325 FOURTH AVENUE, SUITE 1650
SEATTLE, WASHINGTON 98101
TEL: 206-838-7555

ORDERED that the United States Marshal is authorized to enter the property on which the Vessel and Collateral are currently located prior to its being moved to determine whether or not there are persons or public safety risks present. If there are persons or public safety risks in or on the vessel, or persons, other property, or public safety risks impeding the movement of the Vessel and Collateral from its current location, the United States Marshal may remove the persons, property, or public safety risks so that the Vessel and Collateral may be safely removed. The United States Marshal is further authorized to use such reasonable force as deemed reasonably necessary to accomplish any of the above.

ORDERED that the Substitute Custodian is hereby authorized to hire and retain such private security as it deems necessary or beneficial for protection of the Vessel and the Collateral during any or all times until the Vessel and Collateral have been removed from their current location.

The Plaintiff shall be responsible for the return, storage or disposal of any personal property of the Defendant or other persons holding the premises against the Plaintiff which is left upon the premises after the removal of those persons, property, or public safety risks, in accordance with applicable law.

SIGNED at Seattle, Washington this 20th day of November 2021.

Marsha J. Pechman
United States Senior District Judge



LAW OFFICES OF
NICOLL BLACK & FEIG
A PROFESSIONAL LIMITED LIABILITY COMPANY
1325 FOURTH AVENUE, SUITE 1650
SEATTLE, WASHINGTON 98101
TEL: 206-838-7555