THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HMM CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> LOUIS DREYFUS CO. FREIGHT ASIA PTE. LTD., <br><br> Defendant. | Case No. 21-CV-01561 MJP <br><br> ORDER GRANTING MOTION TO STAY PROCEEDINGS PENDING LONDON ARBITRATION <br><br> **NOTED FOR HEARING:** <br> **APRIL 14, 2022** |

Upon the Stipulated Motion of the parties hereto, Plaintiff HMM CO., LTD. ("Plaintiff") and Defendant LOUIS DREYFUS CO. FREIGHT ASIA PTE. LTD. ("Defendant"), for an Order granting the motion to stay the action pending the completion of London arbitration, and good cause appearing therefor, it is hereby

**ORDERED** that the Stipulated Motion to Stay Proceedings pending London Arbitration is **GRANTED**; and it is further

**ORDERED** that this action shall be stayed pending the conclusion of London Arbitration proceedings between the parties or until such other date as may be stipulated to by the parties or Ordered by this Court; and it is further

**ORDERED** that upon conclusion of London Arbitration proceedings between Plaintiff and Defendant and/or until such other date as may be agreed to by the parties, any

ORDER GRANTING MOTION TO STAY PROCEEDINGS PENDING LONDON ARBITRATION: CASE NO. 21-CV-01561 MJP - 1

PDX\078793\268938\PLE\33446982.1

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1420 5th Avenue, Suite 3400
Seattle, WA 98101-4010
Telephone: 206-622-1711

party may apply to this Court for the stay to be lifted; and it is further

**ORDERED** that the surety LOU posted by Defendant as partial security for the claim as determined in London Arbitration proceedings shall remain in place pending the completion of such arbitration and payment of any sums awarded in such arbitration to the Plaintiff and/or pending other stipulation executed by both parties and so ordered by this Court, or until such time as this Court orders the release or modification of said security pursuant to an application by any party; and it is further

**ORDERED** that all deadlines and the bench trial setting in this matter are **VACATED**; and it is further

**ORDERED** that that the Clerk of the Court administratively close the matter during the pendency of the stay, but at all times the Court will reserve jurisdiction over the case; and it is further

**ORDERED** that any party may, upon a showing of good cause, move to have the stay lifted in this case and the matter returned to the active docket of the Court for further handling; and it is further

**ORDERED** that the parties will provide joint status updates to the Court every one hundred and eighty (180) days.

**IT IS SO ORDERED**.

Dated this 15th day of April, 2022.

_____
Marsha J. Pechman
United States Senior District Judge

ORDER GRANTING MOTION TO STAY
PROCEEDINGS PENDING LONDON ARBITRATION:
CASE NO. 21-CV-01561 MJP - 2
PDX\078793\268938\PLE\33446982.1

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1420 5th Avenue, Suite 3400
Seattle, WA 98101-4010
Telephone: 206-622-1711

**CERTIFICATE OF SERVICE**

I hereby certify that on the 14th day of April, 2022, I caused to be served the foregoing ORDER GRANTING MOTION TO STAY PROCEEDINGS PENDING LONDON ARBITRATION on the following party at the following address:

Chris P. Reilly, WSBA #25585
creilly@nicollblack.com
Nicoll Black & Feig, PLLC
1325 Fourth Avenue, Suite 1650
Seattle, WA 98101
Telephone:    206.838.7553
              206.375.4006
Facsimile:    206.838.7515
*Attorneys for Plaintiff HMM CO., LTD.*

by:

☐ U.S. Postal Service, ordinary first class mail
☐ U.S. Postal Service, certified or registered mail, return receipt requested
☐ hand delivery
☐ facsimile
☒ electronic service
☐ other (specify) _____

/s/ Philip Lempriere
Philip Lempriere, WSBA No. 20304

CERTIFICATE OF SERVICE - 1

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
U.S. Bank Centre
1420 5th Avenue, Suite 3400
Seattle, WA 98101-4010
Telephone 206-622-1711

PDX\078793\268938\PLE\33446982.1