UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HHM CO., LTD, <br><br> Plaintiff, <br><br> v. <br><br> LOUIS DREYFUS CO. FREIGHT ASIA PTE. LTD., <br><br> Defendant. | CASE NO. 2:21-cv-1561 <br><br> MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States Senior District Judge:

Pursuant to the parties stipulated dismissal, the Court hereby dismisses this action under Fed. R. Civ. Pro. 41(a)(1), effective immediately, without fees or costs to any party.

The clerk is ordered to provide copies of this order to all counsel.

//

//

//

MINUTE ORDER - 1

1 | Filed April 24, 2024.

                Ravi Subramanian
                Clerk of Court

                s/Kathleen Albert
                Deputy Clerk

MINUTE ORDER - 2